**Order filed, January 03, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-01016-CV
_____

**CINDY STEPHENS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL STEPHENS, REGINA MORRIS, DANIEL CLINT MORRIS AND JACOBS MORRIS A/N/F OF DANIEL MORRIS,** Appellant

**V.**

**CAROL HUNT WOOTTEN, MASON MCMURRAY, PROGRESSIVE COUNTY MUTUAL INSURANCE COMPANY, ELIZABEITH MARIE NELSON, NICOLE RENEE TODD, ASSOCIATED CREDIT UNION OF TEXAS, CU FINANCIAL GROUP,** Appellee

---

**On Appeal from the 405TH District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11-CV-0724**

---

## ORDER

The reporter's record in this case was due **November 22, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Delicia Struss**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM